2254    1983
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ___ No ___
CONSENT TO
Court ___ Pro Se ___

**FILED**
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  James Lynn O'Hines 197067

2  Box 3400 2040 Browning

3  Aspc Florence State Prison

4  Florence Az. 85232 A

6  '08 CV 1335 IEG PCL

6  United States District Court

7  880 Front Street Ste 4290

8  San Diego Ca. 92101-8900

9  attn: 5 usca § 551 § 552 A.T.F., D.E.A F.B.I

10

11  James Lynn O'Hines 197067          Living Wills, Trust, Probate

12          v.          18 u.s.c.a § 2385 Anarchy.

13  Florence Wardens n3:

14  John Oorivera Ombudsman

15  Dir. of Corr Dora B. Schriro

16  Gov. Janet Napolitano

17  Dept. Warden Tours Bijas

18  Robert Stewart Cody Ford.

19  San Diego Phoenix P.O.D. %3.

20  Law & Health officers.

21          California State Atty. General

22          1300 I Street Ste 1740

23          Sacramento Ca. 95814

24          916 - 324 - 5437

25

26          A. Jurisdiction & Venue:

27  (1) Computer police Terminals Labs / Legal Medical Mal-

28  practice by the Act of Accessio U.C.C. 4-22 at 95 2del

2

1. (1979) Accessio.

2.

3. (2) Illegal Institutional Classification Committee as:

4. Maximum Security ... False Reports ... Time Credit

5. Restoration ... Rule Violations to enhance medical

6. and psychiatric prescription drug sales and research.

7. on inmate(s) for: Pharmaceutical Companies. Example:

8. Smith - Kline - Beecham - Glaxo , and/or Alpha Bio tech

9. Firms of San Diego Ca and Phoenix Az . Drug King

10. West side pharmaceuticals

11.

12. (3) "Aliz Enormin" excessive multiple damages Tort §

13.   42 usc 1983 3c2 incarcerated father(s) daughter(s)

14. of incarcerated father(s) and Mother(s) of incarcerated

15. son(s) — Cabal and Cartelized — MANACHEVITZ §

16. MANECHEVITZ § Tutti MD. Inc. of U.S. of A.

17.

18. (4). Appleman § Appleman Insurance practice § 8674.

19.   H.M.O. u.c.c. § 9-104 (c).

20.

21. (5) Alcohol Tobacco and Firearms ... D.E.A. ... F.B.I.

22.   5 uscp §§ 551 -552

23.

24.         (A) Defendants are Insurance Company police

25. Associate Warden Robert Stevens (ca). defendant permissive

26. of institutional insubordination of officers to allow

27. Anarchy California to Arizona . Isolated , segregated, oppressed,

28. and obstructed on hearsay evidence to pursuit of justice.

2.

1    Insurance Adjusters Agents as Peace Officers :
2              Imminent Dangers at Florence Az.
3    Via San Diego Cn. Carpenteria . Santa Barbara Cn.
4    Ventura-Oxnard Region II parole Dept %s. Hine Auto ...
5    Grubb Ford ... McKellen Auto Ventura to San Luis
6    Obispo Sgt. McKellen Mental Health Officer at Florence
7    Az. w/ Jatte M.O. Inc. Mission Valley San Diego and ...
8    Wilshire Blvd. Los Angeles Cn. to McDowell Ave Phoenix.
9    McClellan "correct spelling" Mental Health Sgt. * (alixis).
10             Chronologically : Agents "Mike" and "Orr".
11   since 1990's + 2008 as Allstate, Prudential, Geico,
12   Farmers, AAA, State Farm, (eg) use of electronic
13   video surveillence - police - and Narcotics for prescription
14   sales of drugs. Auto - Home - Life    Repeatedly cause
15   and injury + plaintiff as California and Arizona in
16   computer net scams, telemarketing "Blue Ox Company"
17   dragnet money mngr.(jails - hospitals.).
18
19             Drs. Leone, Beerman, Jatte Inc, Miller, Siegal and
20   all Instrumental Medical Association Doctors w/ Private-Public
21   Hospital -Institution access esp. Dachman, Hamil, Marcus,
22   Rodriguez (eg). Dr. Killdare - killjoy medical-psych w/
23   computers of Dept. of Corn police locally and Behavior
24   Science Researchers of Health Systems Inc Alpha Bio-
25   Technological Firm + Mallinkrodt, Ircotolice, Monsanto, +
26   Dupont chemicals.
27
28

3

1  Conflict of Interest: Post Conviction Relief Attorney: as:
2  Beesnen Nosse for Sgt. McKellen of San Luis Obispo
3  Cn. Confiscation of Legal mail from Corcoran Calif.
4  not returned. False Mental Health Reports w/ Linda
5  Melching of Calif. Dept. of Rehab. San Luis Obispo. Cn.
6  for plaintiff as: a.k.a. Jackson Malloy E8C989 # of:
7  Atascadero Calif.  A Legitimate current claim.
8
9              Gay Hate Crime Victim and Homicide Witness
10  Victim and parollee out/in custody Victim.  A Legitimate
11  Current claim under Victim's compensation and/or
12  Herzberg Leslie Witness protection program w/ prior
13  same security guard hired to arrest males since
14  1985. Mr. Edward Quintana Hernandez for: Joes Guanareal
15  Titles used here Logan Heighes San Diego. to D.Y.K.
16  Auto Collision phoenix AZ. (Gutierrez, Joe Co.)
17
18              For ADD, as DP State Kern County Bakersfield
19  Cn. Internal Affairs Co. Jerry Neysers, Edward K. Contreras
20  Mrs. Jones. of Corcoran Calif. to Florence AZ. Bathhouse to
21  Bathhouse w/ St. Thomas of Aquinis parish police. San
22  Diego jury pool of Escondido Cn. for Bennetts as:
23  Cunne Fitzgeralds of Peter Oeddah of Essen and
24  Judges Klein and Tidberg State and Federal Masons.
25
26              Accessory at 1 Charles & Teresa Wharton: Criminal
27  Law § 35 at 232-03 15th ed. 1843 and RFV Housten
28  Salmund on the Law of Torts 113 12th ed. (1977) Accessio.
4

1. Absolute Priority Rule = 11 USCA § 1129 (b)(2)(B)(i).
2.      for compensatory punitive damages private
3. property taken for public use — Henry's Health Food
4. Mkts' U.S. of A. by HIV + defendants w/
5. The Hendersons of Crestwood Mo. to San Diego Ca.
6.      Asian - Mexican - jewish Quinrella =
7. Quintana Decade In fol West side St. Thomas of Aquinas
8. Parish enabled authority Store and Civil w/ Sheriffs
9. Jim Sheffield and Joe Arpaio Santa Barbara Ca.
10. and Phoenix Az. San Diego ConRep w/ Parole Dept.
11. Escondido Ca. compare watch O.E.3 Joanne Marie
12. Benoît, Edward Quinrana Hernandez Irce: jury, testimony
13. compulsory arbitration, criminal liability, statements against
14. Interest Az. R. crim p. 803, 804, 805. Extortions by
15. Hearsay. ( Wilma McEnive Tusegarno Tuttamu Lt. =
16. McEnive, Ericson, Gabriel Ruiz, Orta - Garcia %s
17. Gutierrez - Kowolski San Diego. to Phoenix Officers)
18. William Evans Patrick Harrison and McKlocannon.) . . .
19. . . . Oppression by video surveillance . . . United States
20. V. Torres 751 F2d 875 7th cir (1984) . . . @
21. Foreign Controlled corp. : Yamamuro - Worg of Japan
22. and China . . . CPC IRC 26 USCA § 951 - 964.
23. Toyara Auto Mfg. Co. (eg).                  . . .    #
24.
25.      Beerhouses and Bars Taverns Liquor Licensed
26. Owners operators San Diego, Phoenix dragnet civil
27. holiday Subjugation police practices and procedures
28. Calif Civil Code of procedure Whitkins 7225 f 7550 f. #
6.    James Lynn O'Shea pro per pro se   July 2008 1ST

1  Institutional Classification Committee for Conditions of

2  Incarceration. For Rule Violations as: False statements

3  contradictions to further a Reverse Racial anti-

4  social political cause for (The Thompsons) Edward,

5  Claude, Wayne, and Jim ... access to the

6  petitioners Peace officers Union Association Labor Organizers

7  w/ Construction Firms "CK", "McNamara McKnight", "Pallozzi

8  McKissrock" originals conglomerates.

9

10        Adverse Governor Janet Napolitano with Affirmative

11  Action Governorship for minorities vs. Blacks Whites,

12  cajun-creoles Seminole Indian peoples of Florida for:

13  Mexican Asian St. Thomas of Aquinis parish police.

14

15        Personal injuries + plaintiff, plaintiffs child, plaintiffs

16  Mother. Property as Legal Mail confiscated, stolen by

17  Florence defendants and private residential property at:

18  1018 Bompart Ave Webster Grove Mo. 63119 and Strasbourg

19  Rd. Madison County Illinois and 19 to 24 % of shares

20  stocks options dividends of Henrys Health Food Mkt's

21  U.S. of A. Extortion(s) by Accessio 1989-2008.

22  Verbal, and Chemical- Health & Law Peace officers

23  10-7-07 physical Sensadyne Hosp. to Good Samaritan Hosp

24

25        Sept. 14 + Oct. 7th 2004 child and parallel

26  abducted by Sound Cult + Arts after a series of

27  Mazed Locked frozen areas of "burgs" by St. Thomas

28  of Aquinis parish police to show cause and injury.

**Mail the original and one copy of your petition with the $5.00 filing fee or the** application to proceed *in forma pauperis* to: # C.28 USC 1655 NO IFP Needed ) #

| | | |
|---|---|---|
| **Phoenix & Prescott Divisions:** | **OR** | **Tucson Division:** |
| U.S. District Court Clerk | | U.S. District Court Clerk |
| U.S. Courthouse, Suite 130 | | U.S. Courthouse, Suite 1500 |
| 401 West Washington Street, SPC 10 | | 405 West Congress Street |
| Phoenix, Arizona 85003-2119 | | Tucson, Arizona 85701-5010 |

7. Change of Address. You must immediately notify the Court and respondents in writing of any change in your mailing address. **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. Certificate of Service. You must provide the respondents with a copy of any document you submit to the Court (except the initial petition and application to proceed *in forma pauperis*). Each original document (except the initial petition and application to proceed *in forma pauperis*) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the respondents and the address to which it was mailed. Fed. R. Civ. P. 5(a), (d). Any document received by the Court that does not include a certificate of service may be stricken. A certificate of service should be in the following form:

I hereby certify that a copy of the foregoing document was mailed
this 6-16-08. (month, day, year) to: Advocacy Organizations
Name: Crim Appeals Div.                    Middle Ground Prison Reform
Address: 202 C Street San Diego Ca 92101   139 East Encanto Dr.
Attorney for Respondent(s)                 Tempe Az. 85281
James Lynn O'Howell                        Attorneys for Declarant:
(Signature)                                480 - 966 - 8116.

9. Amended Petition. If you need to change any of the information in the initial petition, you must file an amended petition. The amended petition must be written on the court-approved form. You may file one amended petition without leave (permission) of Court before any respondent has answered your original petition. See Fed. R. Civ. P. 15(a). After any respondent has filed an answer, you must file a motion for leave to amend and lodge (submit) a proposed amended petition. LRCiv 15.1. An amended petition may not incorporate by reference any part of your prior petition. LRCiv 15.1(a)(2). **Any grounds not included in the amended petition are considered dismissed.** Dombrowski Doctrine and Durden Hearing
Motion. Reply, Defense Objections Cross Complaint Counter Claim. FTCA.

10. Exhibits. If available, you should attach a copy of all state and federal court written decisions regarding the conviction you are challenging. Do **not** submit any other exhibits with the petition. Instead, you should paraphrase the relevant information in the petition.

San Francisco Ca.      Washington DC. Civil State w/ Fed deny w/ prejudice.

11. Letters and Motions. It is generally inappropriate to write a letter to any judge or the staff of any judge. The only appropriate way to communicate with the Court is by filing a written pleading or motion.

U.S. Court of Appeals for the 9th Cir.        2 * Assistant Atty. Gen. Katie Mehn.
95 Seventh Street                             1275 W Washington Bar 016942
San Francisco Ca. 94103-1526                  Phoenix Az 85007 2997
415 · 355 · 8000     #                        1800 352 8431  area code (602)

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

JUL 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

James Lynn O'Hines

Ontiveros,

FILED PER PAID  Yes  No
IFP MOTION FILED
COPIES SENT TO
Court

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
197067

ATTORNEYS (IF KNOWN)

'08 CV 1335 IEG PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE   7/21/2008   SIGNATURE OF ATTORNEY OF RECORD